**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
Case No.:  1:21-cv-20009-UU/LMR

LUIS TAMAYO, ROLANDO GUERRA,
and JORGE MALAGON,

    Plaintiffs,

v.

SOCIAL SECURITY ADMINISTRATION, et al.,

    Defendants.
_____/

## **ORDER ADOPTING MAGISTRATE'S REPORT AND RECOMMENDATION**

This Cause is before the Court upon Plaintiffs' *pro se* Complaint (D.E. 1) Plaintiffs' *pro se* Motion for Leave to Proceed *In Forma Pauperis* (D.E. 3) (the "Motion").

THE COURT has considered the Motion and is otherwise fully advised in the premises.

This matter was referred to Magistrate Judge Lisette M. Reid, who, on January 8, 2021 issued a Report (the "Report") (D.E. 4) recommending that this case be dismissed without prejudice because: (1) Plaintiffs cannot bring a *pro se* class action; (2) relatedly, *pro se* litigants may not represent the interests of others; and (3) the Complaint fails to state a claim.

Plaintiffs, who were given fourteen days to file objections to the Report, did not file objections. *See LoConte v. Dugger*, 847 F.2d 145 (11th Cir. 1988), *cert. denied*, 488 U.S. 958 (1988) (holding that failure to file timely objections bars the parties from attacking factual findings on appeal).

Upon *de novo* review, the Court agrees with Magistrate Judge Reid's recommendations and concurs in all her findings. Accordingly, it is hereby

ORDERED AND ADJUDGED that the Report, D.E. 4, is RATIFIED, ADOPTED, and AFFIRMED. It is further

ORDERED AND ADJUDGED that the Motion, D.E. 3, is DENIED. This case is DISMISSED WITHOUT PREJUDICE. It is further

ORDERED AND ADJUDGED that this case is CLOSED.

DONE AND ORDERED in Chambers in Miami, Florida this _29th_ day of January, 2021.

_____
URSULA UNGARO
UNITED STATES DISTRICT JUDGE

Copies provided:
Plaintiffs, *pro se*